FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**OCT 1 2 2011**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> PLAINTIFF <br> v. <br> JACK HU, <br> DEFENDANT(S). | CASE NUMBER <br><br> SACR11-00250-DOC <br><br> **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

   Upon motion of <u>Defendant's counsel</u>, IT IS ORDERED that a detention hearing is set for <u>October 14</u>, <u>2011</u>, at <u>2:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Marc L. Goldman, United States Magistrate Judge</u>, in Courtroom <u>6A</u>.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
   *(Other custodial officer)*

Dated: 10/12/11

MARC L. GOLDMAN
U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                           Page 1 of 1